IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03222-RBJ

Chris Jakubauskas,

    Plaintiff,

vs.

Ecolab, Inc.,

    Defendant.

---

**ORDER GRANTING PARTIES' STIPULATION AND JOINT MOTION TO MODIFY THE SCHEDULING ORDER**

---

THIS MATTER having come before the Court on the Parties' Stipulation and Joint Motion to Modify the Scheduling Order [Docket #26], and the Court being fully advised herein, hereby

GRANTS the Parties' Stipulation and Joint Motion. The new case deadlines are as follows:

| **Original Deadline** | **Requested Deadline** |
|---|---|
| Plaintiff's Expert Disclosure: September 28, 2012 | November 12, 2012 |
| Defendant's Expert Disclosure: October 31, 2012 | December 14, 2012 |
| Rebuttal Expert Disclosure: November 16, 2012 | December 31, 2012 |
| Dispositive and Rule 702 Motion Deadline: December 14, 2012 | January 28, 2013 |

DATED this 10th day of October, 2012.

BY THE COURT:

*[signature: Brooke Jackson]*

_____

R. Brooke Jackson
United States District Judge