IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03222-RBJ

Chris Jakubauskas,

       Plaintiff,

vs.

Ecolab, Inc.,

       Defendant.

## ORDER GRANTING PARTIES' STIPULATION AND JOINT MOTION TO MODIFY THE SCHEDULING ORDER

THIS MATTER having come before the Court on the Parties' Stipulation and Joint

Motion to Modify the Scheduling Order [Docket #26], and the Court being fully advised herein,

hereby

GRANTS the Parties' Stipulation and Joint Motion.  The new case deadlines are as

follows:

| Original Deadline | Requested Deadline |
|---|---|
| Plaintiff's Expert Disclosure: September 28, 2012 | November 12, 2012 |
| Defendant's Expert Disclosure: October 31, 2012 | December 14, 2012 |
| Rebuttal Expert Disclosure: November 16, 2012 | December 31, 2012 |
| Dispositive and Rule 702 Motion Deadline: December 14, 2012 | January 28, 2013 |

DATED this 10th day of October, 2012.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge