IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:   May 9, 2013 |
| Court Reporter:   Kara Spitler | |

_____

| | |
|---|---|
| Civil Action No.  11-cv-03222-RBJ | <u>Counsel:</u> |
| CHRIS JAKUBAUSKAS, | Christopher Gilbert |
| Plaintiff, | |
| v. | |
| ECOLAB, INC., | Jordan Lipp |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING ON ATTORNEY'S FEES

08:30 a.m.    Court in Session

Appearances

Court's comments

Neither party has evidence to present.

Argument by Mr. Lipp

Argument by Mr. Gilbert

Plaintiff does not contest the reasonableness or necessity of the fees requested ($5,891.00).

Court's findings entered on the record.

**ORDERED:** **The Application for Attorney's Fees on Ecolab Inc.'s Rule 26(g)(3) And 37(c)(1)(A) Motion for Costs and Attorney's Fees Caused by Plaintiff's Improper Certification [44] is GRANTED IN PART AND DENIED IN PART.**

**ORDERED:** **The Court awards the amount of $5,891.00 in attorney's fees. Judgment Awarding Attorney's Fees shall enter in favor of defendant and against the plaintiff**.

08:50 a.m.  Court in Recess
            Hearing concluded
            Time: 20 minutes